UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKEEM OLIVER,

                Plaintiff,

    - against -

CITY OF NEW YORK, et al.,

                Defendants.

**ORDER**

19 Civ. 11219 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the following schedule will apply to Defendants' motion to dismiss:

1. Defendants' motion is due on **May 14, 2020**;

2. Plaintiff's opposition is due on **June 4, 2020** and

3. Defendants' reply, if any, is due on **June 11, 2020**.

        It is further ORDERED that the conference currently scheduled for May 4, 2020 is adjourned <u>sine die</u>. The Clerk of the Court is directed to terminate the motions (Dkt. Nos. 24, 28).

Dated:  New York, New York
          April 23, 2020

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge