UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKEEM OLIVER,

                Plaintiff,

    - against -

CITY OF NEW YORK, et al.,

                Defendants.

**ORDER**

19 Civ. 11219 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, any Second Amended Complaint ("SAC") is to be filed by August 13, 2020.

        By August 13, 2020, the parties will submit a proposed Case Management Plan.

        By August 20, 2020, Defendants will submit a letter stating whether they wish to move to dismiss the SAC and, if so, proposing a briefing schedule that has been discussed with Plaintiff.

Dated: New York, New York
         August 6, 2020

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge