UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKEEM OLIVER,

                Plaintiff,

   - against -

CITY OF NEW YORK, et al.,

                Defendants.

**ORDER**

19 Civ. 11219 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for February 11, 2021 is adjourned <u>sine die</u>.

Dated: New York, New York
       February 5, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge