UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

AKEEM OLIVER,

                                        Plaintiff,

                    -against-

CITY OF NEW YORK, et al.,

                                        Defendants.

-------------------------------------------------------------------X

**NOTICE OF MOTION TO
WITHDRAW AS COUNSEL OF
RECORD FOR DEFENDANTS**

19 Civ. 11219 (PGG) (JLC)

 

 

 

 

 

 

        **PLEASE TAKE NOTICE** that, upon the Affirmation of Leo T. Ernst, a former

attorney for Defendants, Mr. Ernst will move this Court before the Honorable Paul G. Gardephe

at the United States Courthouse, Southern District of New York, 40 Foley Square, New York,

New York 10007, at a date and time to be designated by the Court, for an order granting his

Motion to Withdraw as Counsel for Defendants.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: March 7, 2022 | |
|      New York, NY | JACKSON LEWIS P.C. |

JACKSON LEWIS P.C.
666 Third Avenue
New York, New York 10017
(212) 545-4000
Leo.ernst@jacksonlewis.com

By:     /s/ Leo T. Ernst
        Leo T. Ernst