UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

AKEEM OLIVER,

                              Plaintiff,

            -against-

CITY OF NEW YORK, et al.,

                              Defendants.

-------------------------------------------------------x

**AFFIRMATION OF LEO T. ERNST IN
SUPPORT OF HIS MOTION TO
WITHDRAW AS COUNSEL OF
RECORD FOR DEFENDANTS**

19 Civ. 11219 (PGG) (JLC)

I, Leo T. Ernst, an attorney admitted to practice law in the State of New York and United States District Court for the Southern District of New York, hereby affirm, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, as follows:

1.  I have been an attorney with Jackson Lewis P.C. since April 12, 2021.

2.  Prior to the date, I was employed as an Assistant Corporation Counsel in the New York City Law Department, Office of the Corporation Counsel.

3.  While working at the Law Department, I was assigned as counsel for certain Defendants in the above-captioned action.

4.  As I am no longer working for the Law Department, I no longer represent any Defendants in this action or have any involvement in this action.

5.  Pursuant to Local Civil Rule 1.4, I affirm that I am not asserting a retaining or charging lien in connection with this matter.

**WHEREFORE**, Leo T. Ernst respectfully requests that this Court permit the withdrawal of his appearance on behalf of Defendants effective immediately, and direct the Clerk of the Court to remove him from the docket sheet and the ECF/CM service list in this matter.

Dated:  March 7, 2022
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　/s/ Leo T. Ernst
　　　　　　　　　　　　　　　　　　　　　Leo T. Ernst