USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AKEEM OLIVER,

                       Plaintiff,                    **ORDER**

          -v-                                 19-CV-11219 (PGG) (JLC)

CITY OF NEW YORK, *et al.*,

                       Defendants.
------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      For the reasons set forth on the record at today's conference, Plaintiff's motion (Dkt. No. 115) is granted in part and denied in part. The parties are directed to the transcript of the conference for the Court's rulings. As set forth on the record, Defendants will produce ESI discovery for five custodians, including Mr. Estwick, Mr. Matterson, and the three identified alleged comparators. The parties are directed to further meet and confer by **June 16, 2022** to resolve issues regarding search terms and the appropriate time frames. This ESI discovery must be produced no later than **August 31, 2022.**

      In light of this additional discovery, the fact discovery deadline is hereby extended to **November 18, 2022**. The August 31 and November 18 deadlines will not be further extended under any circumstances.

      The Court will hold a status conference by telephone on **November 29, 2022** at **10:00 a.m.** The parties should call the Court conference line at (877) 873-8017 (access code: 5277586) at that time.

1

2

      The Clerk is respectfully directed to mark Docket No. 115 as "granted in part and denied in part."

      **SO ORDERED.**

Dated:  June 9, 2022
         New York, New York

_____
JAMES L. COTT
United States Magistrate Judge