USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/07/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AKEEM OLIVER,

      Plaintiff,

   -v-

CITY OF NEW YORK, *et al.*,

      Defendants.
-----------------------------------------------------------------X

**ORDER**

19-CV-11219 (PGG) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

  By letter-motion dated February 6, 2023 (Dkt. No. 170), plaintiff Akeem Oliver requests a court order compelling the appearance of two third-party witnesses who failed to appear for their depositions after being properly served subpoenas. The witnesses – Olga Urena and her daughter, G.C. – did not appear for their depositions on January 30, 2023.

  **The Court hereby directs Ms. Urena and her daughter to appear for their depositions at the offices of plaintiff's counsel at 565 Fifth Avenue in Manhattan on February 16, 2023 at 10:00 a.m. (for Ms. Urena) and 2:00 p.m. (for G.C.). Failure to comply with this order of the Court may result in sanctions, including a finding of contempt.**

  Plaintiff's counsel is directed to provide a copy of this order to Ms. Urena and her daughter forthwith. The Clerk is directed to mark Docket No. 170 as "granted."

  SO ORDERED.

Dated: February 7, 2023
   New York, New York

                    _____
                    JAMES L. COTT
                    United States Magistrate Judge