UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKEEM OLIVER,<br><br>           Plaintiff,<br><br>    - against -<br><br>CITY OF NEW YORK, et al.,<br><br>           Defendants. | **ORDER**<br><br>19 Civ. 11219 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

       The Clerk of Court is directed to strike Dkt. Nos. 224 through 227 and to terminate the motion pending at Dkt. No. 224. In accordance with Rule IV.C. of this Court's Individual Rules of Practice, Plaintiff will re-file his motion once it is fully briefed.

Dated:  New York, New York
         December 1, 2023

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge