*STEVEN BANKS*
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

***Desiree Alexander***
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-3177
dealexan@law.nyc.gov

September 1, 2026

**By ECF**
District Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, NY 10007

MEMO ENDORSED
The trial date is adjourned to November 9, 2026. The deadlines for pretrial filings remain the same. The Court will address the request for a mediation referral in a separate order.

Re: Akeem Oliver v. City of New York et. al.
1:19-CV-11219 (PGG)(HJR)

Dear Judge Gardephe:

SO ORDERED:
Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: September 1, 2026

I write, with Plaintiff's consent, to respectfully request an adjournment of the trial in the above-captioned matter, currently scheduled to commence on October 26, 2026, as well as the related pretrial deadlines of September 21, 2026 and September 28, 2026.

Defendant Estwick has preexisting plans to travel outside the country from September 15 through November 2, 2026, which conflict with both the pretrial deadlines and trial date. Meaningful consultation with Defendant Estwick is necessary to ensure thorough trial preparation, accuracy in the pre-trial filings, and effective representation. Accordingly, the parties respectfully request that the trial and related pretrial deadlines be adjourned. The parties are available for a brief telephone conference to identify mutually agreeable dates convenient for the Court.

The parties have also conferred and jointly request a referral to the Southern District of New York Mediation Program in the interim. The parties believe that a settlement conference may be productive and could facilitate resolution of this matter without the need for trial.

Thank you for Your Honor's time and consideration.

Respectfully Submitted,

/s Desiree Alexander, Esq.
Desiree Alexander, Esq.
Assistant Corporation Counsel

cc: All parties via ECF