UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKEEM OLIVER,

Plaintiff,

- against -

CITY OF NEW YORK, JOSEPH GONZALEZ, in his personal and official capacity as a Sergeant of the New York City Police Department, KENNETH J. TAYLOR in his personal and official capacity as an Officer of the New York City Police Department, KEVIN MCLEOD, in his personal and official capacity as an Officer of the New York City Police Department, TONG JIANG, in his personal and official capacity as an Officer of the New York City Police Department, BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, CARRY CHAN, in her personal and official capacity as Superintendent of School District 1, KRISTINE MUSTILLO, in her personal and official capacity Superintendent of as Deputy School Community District 1 and SONHANDO ESTWICK, in his personal and official capacity as principal of Tompkins Square Middle School,

Defendants.

**ORDER**

19 Civ. 11219 (PGG) (HJR)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a pre-trial conference in this matter on **November 2, 2026 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
October 30, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge