UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKEEM OLIVER,

Plaintiff,

- against -

CITY OF NEW YORK, JOSEPH GONZALEZ, in his personal and official capacity as a Sergeant of the New York City Police Department, KENNETH J. TAYLOR in his personal and official capacity as an Officer of the New York City Police Department, KEVIN MCLEOD, in his personal and official capacity as an Officer of the New York City Police Department, TONG JIANG, in his personal and official capacity as an Officer of the New York City Police Department, BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, CARRY CHAN, in her personal and official capacity as Superintendent of School District 1, KRISTINE MUSTILLO, in her personal and official capacity Superintendent of as Deputy School Community District 1 and SONHANDO ESTWICK, in his personal and official capacity as principal of Tompkins Square Middle School,

Defendants.

**ORDER**

19 Civ. 11219 (PGG) (HJR)

PAUL G. GARDEPHE, U.S.D.J.:

The Court having been advised that all claims asserted herein have been settled, it is ordered that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of Court is

directed to close the case. Any pending dates and deadlines are adjourned sine die, and any pending motions are moot.

Dated: New York, New York
November 5, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge